# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman First Class CHRISTMA L. JASSO
### United States Air Force

## ACM 38536

## 08 January 2015

Sentence adjudged 6 November 2013 by GCM convened at Altus Air Force Base, Oklahoma. Military Judge: Matthew S. Ward (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 8 months, forfeiture of all pay and allowances for 8 months, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Jeffrey A. Davis.

Appellate Counsel for the United States: Major Daniel J. Breen.

Before

HECKER, WEBER, and BENNETT
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] In the court-martial order, the language of the specification of Charge I does not match the language of the specification of Charge I in the charge sheet. Specifically, the specification of Charge I in the court-martial order lacks the following language: "enter the women's dressing room with the said items, conceal the said items". The appellant pleaded not guilty to this charge and specification. While we do not order new post-trial processing, we do order a corrected court-martial order that includes all the language of the specification of Charge I. Rule for Courts-Martial 1114.

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court